USA v. Waleed D. Lang
Indictment

# IN THE UNITED STATES DISTRICT COURT
## FOR THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Criminal No. 2015/0033 |
| Plaintiff, | **INDICTMENT** |
| **WALEED D. LANG,** | <u>Counts One</u>: Unlawful Mailing of a Firearm (18 U.S.C. § 1715) |
| Defendant. | <u>Criminal Forfeiture Notice</u>: (28 U.S.C. § 2261) |

**Count One**
(Unlawful Mailing of a Firearm)

On or about February 15, 2015, on St. Croix, in the District of the Virgin Islands, the defendant,

**Waleed D. Lang,**

did knowingly deposit for mailing or delivery, and knowingly caused to be delivered by mail according to the directions thereon, and at any place to which it is directed to be delivered by the person to whom it is addressed, any firearm, to wit: a Titan Tiger, .38 caliber revolver, declared nonmailable,

in violation of Title 18, United states Code, Section 1715.

USA v. Waleed D. Lang
Indictment

## Criminal Forfeiture Notice

Upon conviction of the offense charged in count one of this indictment, defendant **Waleed D. Lang** shall forfeit to the United States of America his interest in the firearms involved in the commission of the offense, specifically a Titan Tiger, .38 caliber revolver.

All pursuant to Title 28, United States Code, Section 2261(c).

DATE: October 27, 2015

USA v. Waleed D. Lang
Indictment

                          The Grand Jury returned a TRUE BILL

                                  RONALD W. SHARPE
                                  United States Attorney

By: _____
                 RAMI S. BADAWY
                 Assistant United States Attorney

DISTRICT COURT OF THE VIRGIN ISLANDS: October 27, 2015

Returned into the District Court by Grand Jurors and filed.

                        _____
                        GEORGE W. CANNON, JR.
                        U.S. MAGISTRATE JUDGE